LAED 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

United States of America )
v. )
Emile Russell ) Case No: 06-160 "B"
) USM No: 29814-034
Date of Previous Judgment: 01/25/2007 ) John F. Murphy
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __90__ months is **reduced to** __87 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

### III. ADDITIONAL COMMENTS

If this adjusted sentence would lead to an immediate release of this defendant, that release is stayed for ten (10) days from entry of order to allow the Government time to seek reconsideration provided a reconsideration motion is filed within that time period.

Except as provided above, all provisions of the judgment dated __01/31/2007__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __06/13/2008__

_____
Judge's signature

Effective Date: __06/23/2008__
(if different from order date)

Ivan L.R. Lemelle, United States District Judge
Printed name and title